UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 24.127.226.88;<br><br>Defendant. | 2:23-CV-12466-TGB<br><br>**ORDER DISMISSING CASE**<br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 20th day of December, 2023.

       BY THE COURT:

       /s/Terrence G. Berg
       TERRENCE G. BERG
       United States District Judge